VEGH IP LEGAL
1240 ROSECRANS AVENUE, SUITE 120
MANHATTAN BEACH, CA 90266
PHONE: (310) 980-7440

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HUMAN NUTRITION PROJECT, a Texas limited liability company<br><br>    Plaintiff<br><br>vs.<br><br>LYTELINE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants | Case No. 2:19-cv-05939-AB-GJS<br><br>**[PROPOSED] DEFAULT JUDGMENT AGAINST LYTELINE, LLC** |

This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment is entered in favor of the Plaintiff as follows:

(1)     The Court takes all factual allegations in the Complaint as being true, including those set forth in the Court's January 29, 2020 Order Granting Plaintiff's Motion for Default Judgment Against Defendant Lyteline, LLC.

(2) The customers and prospective customers of the parties will not mistakenly believe that Plaintiff's registered goods under the LYTE-SWITCH mark are offered by, affiliated with and/or sponsored by Defendant or that Plaintiff's goods originate from Defendant.

(3) There is No Likelihood of Confusion between the use and registration of Plaintiff's LYTE-SWITCH trademark on the listed goods and Defendant's LYTESHOW, LYTETRACE, LYTECAPS, LYTELINE, LYTEZONE , LYTERUSH, LYTEZERO, and LYTEMAG registered trademarks (hereinafter "Defendant's Trademarks"), nor does the LYTE-SWITCH trademark infringe any of Defendant's Trademarks;

(4) The LYTECAPS, LYTELINE, and LYTEZONE Registrations are hereby ordered cancelled under 15 U.S.C. § 1119 because there was no bona fide use of the marks in commerce on all of the goods listed in these registrations at the time of filing of Defendant's Statements of Use, Specimens, and Declarations under oath pursuant to Section 1(a) of the Trademark Act.

(5) The LYTECAPS, LYTELINE, and LYTEZONE Registrations are hereby ordered cancelled because Defendant committed fraud during the prosecution of the registrations when defense counsel signed with the intent to deceive the USPTO a declaration stating that Defendant "is using the mark in commerce on or in connection with all the goods/services in the application" when, Defendant knowingly was not using the mark in commerce in connection with the Goods Not In Use identified above.

(6) The Court grants Plaintiff's request for attorney's fees and costs incurred in moving for the entry of default and bringing the motion for default judgment. Plaintiff is ordered to file a supplemental brief,

declaration in support thereof , and a Proposed Order on or before March 13, 2020.

Dated: February 10, 2020

_____
Hon. Andre Birotte Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system and also via U.S. mail to Defendant on February 5, 2020.

Lyteline, LLC
c/o Paracorp Incorporated
2140 South Dupont Hwy
Camden, DE 19934

Lyteline, LLC
1159 S. Sierra Bonita Ave.
Los Angeles, CA 90019

By: /s/Stephen Z. Vegh
    Stephen Z. Vegh

4